IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

J & J SPORTS PRODUCTIONS, INC.                                                    PLAINTIFF

v.                                          NO. 4:14CV00712 JLH

ALVARO E. DURAN, individually and
d/b/a Guanacos Billiards a/k/a Guanacos Beer                                      DEFENDANT

## ORDER

The complaint in this action was filed on December 4, 2014. On April 8, 2015, the Court entered an Order giving notice to the plaintiff that this action would be dismissed pursuant to Rule 4(m) unless on or before Wednesday, April 15, 2015, plaintiff provided proof of service or established good cause for failure to serve summons and complaint within 120 days after the filing of the complaint. The plaintiff has not responded to that Order. Pursuant to Federal Rule of Civil Procedure 4(m), this action is dismissed without prejudice.

IT IS SO ORDERED this 16th day of April, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE